FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIUS DIABLO FRANKLIN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO.: CR 14-00380-RGK <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

released under 18 U.S.C. § 3142(b) or (c). This finding is based on his history of failures to appear and the present allegation that he removed an electronic monitoring device.

and

B.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his extensive criminal history and his alleged ongoing association with convicted felons.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 8, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2